IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ELBERT GEORGE MILLER, Executor
of the Estate of BEULAH MILLER,
deceased,

      Plaintiff,

v.

ROBERT FANNING, JR. M.D.
JOHN W. KLAY, M.D. and
WHEELING HOSPITAL, INC.

      Defendants.

Civil Action No. 5:99CV135
(STAMP)

ENTERED
MAR 1 9 2001
U.S. DISTRICT COURT
WHEELING, WV 26003

## ORDER OF DISMISSAL

This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

DATED: March 16, 2001

/s/ Frederick P. Stamp
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE

WSF-01-118